# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

THE SOCIETY OF LLOYD'S,

    *Plaintiff,*

v.

GARY NORMAN MICHALOVE, JAMES ROBERT PHILLIPS and FRIEDHELM ILSE,

    *Defendants.*

CASE NO. 3:03CV594

**ORDER**

    **THIS MATTER** comes before the Court upon plaintiff The Society of Lloyd's motion for a final order with regards to defendant Friedhelm Ilse, which complies with North Carolina General Statute Section 1C- 1826(f).  Having entered the March 18, 2005 Order granting Plaintiff The Society of Lloyd's motion for summary judgment and recognizing the £208,628.52 English Judgment against Defendant Friedhelm Ilse as a valid and enforceable judgment in the State of North Carolina, this Matter is ripe for consideration, and the Court is now prepared to rule on it.

    Having carefully considered the record and applicable authority, the undersigned finds the following:

    **IT IS THEREFORE, ORDERED** that Defendant Friedhelm Ilse pay to Plaintiff The Society of Lloyd's the sum of £208,628.52  plus interest on that sum at the rate of 8% percent a year from March 11, 1998.  At the option of the judgment debtor, he may pay the judgment off by using the number of United States dollars that will purchase the British sterling pound with

interest due, at a bank-offered spot rate at or near the close of business on the banking day next before the day of each payment.

**Signed: July 27, 2005**

Graham C. Mullen
Chief United States District Judge